[No. 29796-1-I.   Division One.   October 5, 1992.]

TERRY FITZSIMMONS, *Appellant*, v. THE CITY OF SEATTLE,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 88-2-20070-0, LeRoy McCullough, J., entered

March 28, 1991. *Affirmed* by unpublished per curiam opinion.